| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 03CR00176-002-PHX-FJM |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR07-00552 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: ERIKA CHAVEZ | DISTRICT District Of Arizona | DIVISION Phoenix |
|---|---|---|
| | NAME OF SENTENCING JUDGE Frederick J. Martone | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/17/0? TO 06/16/09 |

OFFENSE

Conspiracy to Possess with Intent to Distribute Methamphetamine

FILED AUG 23 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 7, 2007
Date

*[signature]*
United States District Judge
Frederick J. Martone

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 2 2 2007
Effective Date

*[signature]*
United States District Judge