1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  KIMBERLY.M. BRIGGS (CSBN 132043)
   Assistant United States Attorney

5

6  Federal Courthouse
   1301 Clay Street, Suite 340S
   Oakland, Ca. 94612
7  Telephone: 510-637-3689
   Fax: 510-637-3679
8  Email: Kimberly.Briggs@usdoj.gov

9
   Attorneys for the Plaintiff
10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                        OAKLAND DIVISION
13
   UNITED STATES OF AMERICA,        )
14                                   )  Case No. CR 06-00607 DLJ
              Plaintiff,             )
15                                   )
        v.                           )
16                                   )  NOTICE OF RELATED CASE
                                     )
17                                   )
   ERICKA CHAVEZ,                    )
18                                   )
              Defendant.             )
19  _____)

20      The United States hereby gives notice that pursuant to Criminal Local Rule 8-1,

21  the Indictment filed on September 7, 2006, in the above-captioned case assigned to the

22  Honorable D. Lowell Jensen (copy is attached), is related to the Form 12 proceeding

23  initiated on January 11, 2007 out of the District of Arizona, Docket No. 03CR00176-002-

24  PHX-FJM, and transferred to the District of Northern California on August 23, 2007, in

25  the case captioned as follows assigned to the Honorable Martin J. Jenkins (a copy of

26  which is attached):

27  //

28  //

                                    1

UNITED STATES OF AMERICA,                     )
                                              )   Case No.CR-07-00352 MJJ
        Plaintiff,                 )
                                              )
   v.                                       )
                                              )   NOTICE OF RELATED CASE
ERICKA CHAVEZ,                                )
                                              )
        Defendant.                 )
_____ )

     These two cases are factually related. The Form 12 supervised release proceeding in **CR 07-00352 MJJ** is based on the defendant's arrest in Oakland, California, on June 1, 2006, for committing the new federal offense as evidenced by a six-count Indictment filed September 7, 2006 in the Northern District of California.

     The Indictment filed in **CR-06-00607 DLJ** charges the defendant with a violation of 21 U.S.C. § 846, in that she did knowingly and intentionally conspire to possess with intent to distribute and to distribute a Schedule II controlled substance, namely, actual methamphetamine arising from the same arrest in Oakland on June 1, 2006.

     Government counsel and defendant's counsel, Scott Furstman, have negotiated a tentative global resolution of both cases, subject to government counsel obtaining the necessary office approvals, and defense counsel obtaining the approval of the defendant.

     Given the pending resolution of both cases as part of one plea agreement, judicial resources will be conserved if the cases are assigned to the same District Judge.

                           Respectfully submitted,

                           SCOTT N. SCHOOLS
                           United States Attorney

Dated: _____                            /s/_____
                           KIMBERLY M. BRIGGS
                           Assistant United States Attorney

KEVIN V. RYAN (CASBN 118321)
United States Attorney

ORIGINAL
FILED

SEP -- 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

SEALED BY ORDER
OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR06-00607        DLJ

UNITED STATES OF AMERICA,        )
                                 )   No.
          Plaintiff,             )
                                 )   VIOLATIONS: 21 U.S.C. § 841(a)(1) --
     v.                          )   Possession With Intent To Distribute, and
                                 )   Distribution Of, Methamphetamine and
                                 )   Cocaine; 21 U.S.C. § 846 -- Conspiracy to
ERICKA CHAVEZ,                   )   Possess With Intent to Distribute, and
     and                         )   Distribution Of, Methamphetamine and
MIGUEL BARAJAS,                  )   Cocaine; 18 U.S.C. § 2, Aiding and Abetting
                                 )
          Defendants.            )
_____ )

OAKLAND VENUE

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:  (21 U.S.C. § 846)

     From a time unknown to the grand jury, but no later than in or about August 2005, and

continuing until on or about August 24, 2005, in the Northern District of California, and

elsewhere, the defendants,

ERICKA CHAVEZ
and
MIGUEL BARAJAS,

INDICTMENT

1  did knowingly and intentionally conspire to possess with intent to distribute and to distribute, a

2  Schedule II controlled substance, namely, actual methamphetamine, in violation of Title 21,

3  United States Code, Sections 846 and 841(a)(1).

4

5  COUNT TWO: (21 U.S.C. § 841(a)(1))

6         On or about August 24, 2005, in the Northern District of California, the defendants,

7                                ERICKA CHAVEZ
                                        and
8                               MIGUEL BARAJAS,

9  did knowingly and intentionally possess with intent to distribute a Schedule II controlled

10  substance, namely, approximately 2.3 grams of actual methamphetamine, in violation of Title 21,

11  United States Code, Section 841(a)(1), and Title 18 United States Code, Section 2.

12

13  COUNT THREE: (21 U.S.C. § 841(a)(1))

14         On or about September 20, 2005, in the Northern District of California, the defendant,

15                                ERICKA CHAVEZ,

16  did knowingly and intentionally possess with intent to distribute, and did distribute, a Schedule II

17  controlled substance, namely, approximately 436.3 grams of actual methamphetamine, in

18  violation of Title 21, United States Code, Section 841(a)(1).         crystal

19

20  COUNT FOUR: (21 U.S.C. § 846)

21         From a time unknown to the grand jury, but no later than in or about November 2005, and

22  continuing until on or about November 2, 2005, in the Northern District of California, and

23  elsewhere, the defendants,

24                                ERICKA CHAVEZ
                                        and
25                               MIGUEL BARAJAS,

26  did knowingly and intentionally conspire to possess with intent to distribute, and to distribute, a

27  Schedule II controlled substance, namely, approximately 54.4 grams of cocaine, in violation of

28  Title 21, United States Code, Sections 846 and 841(a)(1).

INDICTMENT

1  COUNT FIVE: (21 U.S.C. § 841(a)(1))

2      On or about November 2, 2005, in the Northern District of California, the defendants,

3                          ERICKA CHAVEZ
                                and
4                          MIGUEL BARAJAS,

5  did knowingly and intentionally possess with intent to distribute, and did distribute, a Schedule II

6  controlled substance, namely, approximately 54.4 grams of cocaine, in violation of Title 21,

7  United States Code, Section 841(a)(1), and Title 18 United States Code, Section 2.

8

9  COUNT SIX: (21 U.S.C. § 841(a)(1))

10     On or about December 6, 2005, in the Northern District of California, the defendant

11                         ERICKA CHAVEZ,

12 did knowingly and intentionally possess with intent to distribute, and did distribute, a Schedule II

13 controlled substance, namely, approximately 138.2 grams of actual methamphetamine, in

14 violation of Title 21, United States Code, Section 841(a)(1).

15

16

17 DATED:                          A TRUE BILL.

18

19                                 _____
                                   FOREPERSON

20 KEVIN V. RYAN
   United States Attorney
21

22

23 DOUG SPRAGUE
   Chief, Oakland Branch
24

25 (Approved as to form: _____
                          AUSA BRIGGS

26

27

28

INDICTMENT

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
03CR00176-002-PHX-FJM

CR07-00552

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>ERIKA CHAVEZ | DISTRICT<br><br>District Of Arizona | DIVISION<br><br>Phoenix |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Frederick J. Martone | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>06/17/ | TO<br>06/16/09 |

OFFENSE

Conspiracy to Possess with Intent to Distribute Methamphetamine

*AUG 23 2007*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*August 7, 2007*

Date

United States District Judge
Frederick J. Martone

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 2 2 2007

Effective Date

United States District Judge

01/24/2007   16:31   4154365      USMS OAKLAND
                                  SF ENFORCEMENT                PAGE   03/04
                                                                PAGE   08/09
01/22/2007   16:22   60298.  J8   US MARSHALS PHX               PAGE   09/09

U prob12 tm
(Rev. 12/04)
                                                           ⚓ FILED      ____ LODGED
                                                           ____ RECEIVED ____ COPY

# UNITED STATES DISTRICT COURT JAN 1 1 2007

for

DISTRICT OF ARIZONA

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States v. Erika CHAVEZ

Docket No. 03CR00176-002-PHX-FJM

**Petition to Revoke Supervised Release**          ⌐ SEALED

COMES NOW PROBATION OFFICER Alicia R. Pineda presenting an official report on Erika CHAVEZ who was committed to the Bureau of Prisons May 3, 2004, by the Honorable Frederick J. Martone presiding in the District Court of Arizona. A 60-month period of supervised release was imposed, and supervision commenced upon the offender's discharge from imprisonment June 17, 2004. In addition to the general terms and conditions adopted by the court, the offender was ordered to comply with the following special conditions:

1. · If deported, you shall not re-enter the United States without legal authorization.

Erika CHAVEZ was convicted of Conspiracy to Possess with Intent to Distribute Methamphetamine, a violation of 21 USC §846 and 841(a)(1) and (b)(1)(A)(vii), a Class A felony.

# RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Allegation A. Violation of Standard Condition No. 1: You shall not commit another federal, state or local crime during the term of supervision.**

On or about August 24, 2005, Chavez committed the new federal offenses of Count one: Conspiracy to Possess with Intent to Distribute and Distribution of Methamphetamine, a violation of 21 USC §846; Count two: Possession with Intent to Distribute Methamphetamine, Aiding and Abetting, a violation of 21 USC §841(a)(1); Count three: Possession with Intent to Distribute and Distribution of Methamphetamine, a violation 21 USC §841(a)(1); Count four: Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine, a violation of 21 USC §846; Count five: Possession with Intent to Distribute and Distribution of Cocaine, Aiding and Abetting, a violation of 21 USC §841(a)(1); and Count six: Possession with Intent to Distribute and Distribution of Methamphetamine, a violation of 21 USC §841(a)(1). All offenses are felonies. This was evidenced by a six-count indictment filed September 7, 2006, in the U.S. District Court, Northern District of California, Oakland, case no. 06CR00607-DLJ. A change of plea was scheduled for January 17, 2007. **Grade A Violation, §7B1.1(a)(1).**

**Allegation B. Violation of Special Condition No.1: If deported, you shall not re-enter the United States without legal authorization.**

On or about September 14, 2006, Chavez entered the United States without legal authorization. This was evidenced by her September 14, 2006 arrest by the Drug Enforcement Administration in San Jose, California. This arrest was subsequent to her July 1, 2004 deportation. **Grade C Violation, §7B1.1(a)(3).**

07/06/2007 09:36   5106373674
01/24/2007 16:31   4154367621
01/22/2007 16:22   60238    0

USMS OAKLAND
SF ENFORCEMENT
US MARSHALS PHX /

PAGE 04/04
PAGE 09/09
PAGE 04/08

Page 2
U.S.A. v. Erika CHAVEZ
Docket No. 03CR00176-002-PHX-FJM
January 8, 2007

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant.

_____          _____1/8/07_____
Alicia R. Pineda,                                              Date
U.S. Probation Officer

Reviewed by

_____          _____1/8/07_____
Lori A. Wantland                                            Date
Supervisory U.S. Probation Officer

Reviewed by

_____          _____1/10/07_____
Steven P. Logan                                             Date
Assistant U.S. Attorney

## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this _11_ day of _Jan_____, 20_07_ and ordered filed and made a part of the records in the above case.

_____
The Honorable Frederick J. Martone,
U.S. District Judge

Defense Counsel:

Sean H. Bruner
Post Office Box 591
Tucson, Arizona 85702

I hereby attest and certify on _1/11/07_
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By_____ Deputy

USMS OAKLAND

SF ENFORCEMENT                    PAGE 02/04
                                  PAGE 07/09
US MARSHALS PHX                   PAGE 02/08

1217582

AO 442 (Rev.5/85-AZ) Warrant for Arrest

## United States District Court
### District of Arizona

UNITED STATES OF AMERICA                    **WARRANT FOR ARREST**

VS.

ERIKA CHAVEZ                    CASE NUMBER: CR 03-176-02-PHX-FJM

To: The United States Marshal and any Authorized United States Officer or authorized representative:

### YOU ARE HEREBY COMMANDED TO ARREST ERIKA CHAVEZ,

and bring him or her forthwith to the nearest magistrate to answer a(n):

( )Petition to Revoke Probation   (X ) Petition to Revoke Supervised Release

RICHARD H. WEARE                         District Court Executive/Clerk of Court
Name of Issuing Officer                  Title of Issuing Officer

By Deputy Clerk                          January 11, 2007   Phoenix, Arizona
                                         Date and Location

Bail fixed at $ _____          by _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |

| Date Received 1-11-07 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |