SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KIMBERLY.M. BRIGGS (CSBN 132043)
Assistant United States Attorney

    Federal Courthouse
    1301 Clay Street, Suite 340S
    Oakland, Ca. 94612
    Telephone: 510-637-3689
    Fax: 510-637-3679
    Email: Kimberly.Briggs@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 06-00607 DLJ |
|     Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| ERICKA CHAVEZ, ) | |
|     Defendant. ) | |

    The United States hereby gives notice that pursuant to Criminal Local Rule 8-1, the Indictment filed on September 7, 2006, in the above-captioned case assigned to the Honorable D. Lowell Jensen (copy is attached), is related to the Form 12 proceeding initiated on January 11, 2007 out of the District of Arizona, Docket No. 03CR00176-002-PHX-FJM, and transferred to the District of Northern California on August 23, 2007, in the case captioned as follows assigned to the Honorable Martin J. Jenkins (a copy of which is attached):

//

//

|   |   |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. CR-07-00552 MJJ |
| Plaintiff,            ) | |
| v.                                           ) | **AMENDED** |
|                                                  ) | <u>NOTICE OF RELATED CASE</u> |
| ERICKA CHAVEZ,                    ) | |
| Defendant.          ) | |

These two cases are factually related. The Form 12 supervised release proceeding in **CR 07-00552 MJJ** is based on the defendant's arrest in Oakland, California, on June 1, 2006, for committing the new federal offense as evidenced by a six-count Indictment filed September 7, 2006 in the Northern District of California.

The Indictment filed in **CR-06-00607 DLJ** charges the defendant with a violation of 21 U.S.C. § 846, in that she did knowingly and intentionally conspire to possess with intent to distribute and to distribute a Schedule II controlled substance, namely, actual methamphetamine arising from the same arrest in Oakland on June 1, 2006.

Government counsel and defendant's counsel, Scott Furstman, have negotiated a tentative global resolution of both cases, subject to government counsel obtaining the necessary office approvals, and defense counsel obtaining the approval of the defendant.

Given the pending resolution of both cases as part of one plea agreement, judicial resources will be conserved if the cases are assigned to the same District Judge.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: _____         _____/s/_____
KIMBERLY M. BRIGGS
Assistant United States Attorney

2