UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  9/14/07


**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                    **No.** CR-07-00552-DLJ
                                                                          **(related to CR-06-00607-DLJ)**

**Defendant:** Erika Chavez [present, in custody]

**Appearances for AUSA:** Kim Briggs


**Appearances for Defendant:** (Def attorney did not appear today)


**Interpreter:**  not needed

**Probation Officer:**

**Reason for Hearing:**                **Ruling:**

**Stat re: supervised release violation-**    deferred to 9/20 at 10am with related case.


**Notes:**  (the documents from the AZ Court show deft's first name spelled without a "c". The Indictment in the related case , CR-06-00607-DLJ shows deft's first name spelled WITH a "c".)


**Case Continued to:**  Thursday 9/20/07 at 10:00AM    for  Supervised Release Violation Hearing


**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     Opposition Due:


**Case Continued to**                       for Pretrial Conference
**Case Continued to**         for           Trial


**Excludable Delay: Category: Begins:**      **Ends:**