UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  9/20/07

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

**v.**                                                                    **No.** CR-07-00552-DLJ
                                                                          **(related to CR-06-00607-DLJ)**
**Defendant:** Erika Chavez[present; in custody]

**Appearances for AUSA:** Kim Briggs

**Appearances for Defendant:** Scott Furstman

**Interpreter:** not needed

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| Stat re: supervised release violation- (related case set for Trial 11/5/07) | DEFERRED |

**Notes:**

**Case Continued to:**          for
**Case Continued to:**          for

**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                      for Pretrial Conference
**Case Continued to**          for           Trial

**Excludable Delay: Category: Begins:**     **Ends:**

Case 4:07-cr-00552-DLJ   Document 7   Filed 09/20/2007   Page 2 of 2