**FILED**

JAN 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR-07-0552-DLJ

| | |
|---|---|
| Case Number | CR-06-00607-DLJ RELATED CASES |
| Defendant's Name | ERICKA CHAVEZ |
| Defendant's Counsel | SCOTT FURSTMAN |
| Due Date | 4/4/08 AT 10AM |

Courtroom __1__   Floor __4th__

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a:

__XX__ Presentence Investigation
_____ Bail Investigation
_____ Bail Supervision
_____ Postsentence Investigation
_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office**, before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

✓ cc: Probation
✓ cc: Counsel

by: _____Frances Stone_____, Deputy Clerk

Dated: 1/15/08

**US PROBATION OFFICE**

Is defendant in custody?   Yes or No
Is defendant English speaking?  Yes or No [Interpreter:_____]
Defendant's address: _____