10 AM
YC
E-FILING CASE

10:45 AM - 10:57 AM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
APR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 4/18/08

Case No: CR-07-0552-DLJ      Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO     Clerk: Frances Stone

Defendant(s):                                         Defense Counsel:

ERICKA CHAVEZ   Present? Y   In Custody? Y   SCOTT FUERSTMAN

US Attorney: KIM BERGUS      Interpreter:      US Probation Officer: CHARLIE MABIE

Reason for Hearing:          Ruling: — HELD

SENTENCING
COURT FINDS VIOLATION OF SUPERVISED RELEASE.
SUPERVISED RELEASE IS REVOKED.
SENTENCING: DEF COMMITTED TO CUSTODY OF BUREAU OF
PRISONS FOR 30 DAYS. THE SENTENCE IN THIS CASE IS TO
Notes: RUN CONSECUTIVE TO THE SENTENCE IN CR-06-00607-DLJ.